IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO




F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,

    Plaintiff,

v.

J. YORK, and
ROBERT HOOD,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: August 17, 2005

BY THE COURT:

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01179-PSF-CBS

Roy Allen Green
Reg. No. 03327-063
ADX – Florence
PO Box 8500
Florence, CO 81226

J. York and Robert Hood – WAIVER
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER, AMENDED COMPLAINT FILED 8/8/05, SUMMONS, WAIVER, AND CONSENT FORM to the above-named individuals on __8/19/05__.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk

