IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,
    Plaintiff,
v.

J. YORK, and
ROBERT HOOD,
    Defendants.

## ORDER

This civil action comes before the court on Green's "Request for Order Granting Library (Law) Privileges" (filed October 11, 2005) (doc. # 25). Pursuant to the Order of Reference dated August 18, 2005 and the memorandum dated October 12, 2005 (doc. # 26), Green's request was referred to the Magistrate Judge. The court has reviewed the request, the entire case file, and the applicable law and is sufficiently advised in the premises.

Green asks the court to "extend the law library privileges currently afforded him," arguing that failing to extend his law library privileges "will cause him to seek extensions to answer & file papers & motions. . . ." The court will entertain any requests for extension of time based on Green's constraints in obtaining law books. Even if the court had the authority to alter prison regulations, Green has not demonstrated any compelling basis to override the policies or regulations governing the prison's law library.

Accordingly, IT IS ORDERED that Green's "Request for Order Granting Library

(Law) Privileges" (filed October 11, 2005) (doc. # 25) is DENIED.

DATED at Denver, Colorado this 13th day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge