IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,
    Plaintiff,
v.

J. YORK, and
ROBERT HOOD,
    Defendants.

---

ORDER

---

This civil action comes before the court on Green's "Request for Copy of Files of Case" (filed December 9, 2005) (doc. # 42). Pursuant to the Order of Reference dated August 18, 2005 (doc. # 14) and the memorandum dated December 9, 2005 (doc. # 43), the motion was referred to the Magistrate Judge. The court has reviewed Green's request, the entire case file, and the applicable law and is sufficiently advised in the premises.

Green seeks copies of "each and every paper" in the case file, based on the fact that he was granted permission to proceed *in forma pauperis*. First, Green misunderstands the meaning of proceeding *in forma pauperis* under Title 28 U.S.C. § 1915. Green was permitted to proceed with this civil action by paying an initial partial filing fee of $40.00 and was ordered to pay the remainder of the required $250.00 filing fee through monthly installments. (June 24, 2005 Order (doc. # 2) at pp. 2-3). Permission to proceed *in forma pauperis* merely addresses the filing fee and does not include any provision for Green to obtain free copies.

1

Second, Green believes that he is missing copies of court orders. For example, Green believes he has not received a copy of doc. # 22 (entered September 22, 2005, indicating that doc. # 16 "is in error and is NOT a part of this case. Disregard docket # 16"). However, doc. # 22 is merely a computer entry and no paper copy of doc. # 22 exists. There is no basis to conclude, as Green asserts, that Defendants are withholding any documents from Green.

Third, Green believes he is missing 175 pages from the case file. However, only 43 documents and computer notations have been entered in the entire case. In order to clarify the docket in this case for Green, the court will order the Clerk of the Court to provide Green a copy of the current docket sheet.

Accordingly, IT IS ORDERED that:

1.  Green's "Request for Copy of Files of Case" (filed December 9, 2005) (doc. # 42) is DENIED.

2.  The Clerk of the Court is directed to provide Green a copy of the current docket sheet in this civil action.

DATED at Denver, Colorado this 12th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

2