IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,

    Plaintiff,

v.

J. YORK, S.I.S. Technician, and
ROBERT HOOD, Ex Warden,

    Defendants.

_____

# ORDER OF UNITED STATES MAGISTRATE JUDGE
_____

**Magistrate Judge Craig B. Shaffer**

The matter before the court is Plaintiff's Motion for Extension of Time [#57], filed March 27, 2006, in which Plaintiff requests sixty additional days from April 5, 2006, in which to file a second amended complaint.  Alternatively, Plaintiff seeks to proceed as to Defendant York on the First Amendment violations claims "as to the 3 letters refered (sic) to in First Amended Complaint."  **(Mtn. for Ext.).**  Plaintiff's request is in response to the court's March 16, 2006, Order [#56], which states:

> "Plaintiff's claim against Defendant York alleging deprivation of plaintiff's First Amendment rights is subject to dismissal for failure to totally exhaust his administrative remedies as to all claims.  However, the Court will defer dismissing that claim for 20 days, or until April 5, 2006, to allow plaintiff time to file a third amended complaint[1] alleging only the First Amendment

---

[1] The court's 3/16/06 Order indicates that it would be Plaintiff's third, as opposed to his second, amended complaint.  However, upon further review of the docket, Plaintiff has only filed one prior

claim, *or otherwise notify the Court that he wishes to proceed only on the First Amendment claim*." **(Order, p. 13) (emphasis added).**

The court construes Plaintiff's Motion for Extension of Time to be in response to and in compliance with the court's March 1, 2006, Order [#56]. That is, Plaintiff has indicated that he only seeks to pursue his First Amendment claims against Defendant York.

Accordingly, **IT IS ORDERED** as follows:

1. That those portions of Plaintiff's Amended Complaint which do not state a claim for, or relate to, a First Amendment violation by Defendant York **ARE STRICKEN;**

2. That Defendant York has **thirty (30) days** to answer or otherwise respond to Plaintiff's Amended Complaint as further amended by this order.

**DATED** at Denver, Colorado, this 28th day of March, 2006.

BY THE COURT:

_____            *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge

---

amended complaint. Therefore, it would be Plaintiff's second amended complaint.