IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,
    Plaintiff,
v.

J. YORK, and
ROBERT HOOD,
    Defendants.

---

ORDER DISCHARGING MAY 3, 2006 ORDER TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Green's letter regarding filing fees and Green's $20.00 partial payment (both filed on May 3, 2006) (docs. # 64 and # 65). Also on May 3, 2006, before receiving Green's letter and payment, the court issued an Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (doc. # 63).

In light of Green's letter and payment received on May 3, 2006,

IT IS ORDERED that the court's Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (doc. # 63) is hereby DISCHARGED.

DATED at Denver, Colorado this 4th day of December, 2005.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  United States Magistrate Judge