IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,
    Plaintiff,
v.

J. YORK, and
ROBERT HOOD,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Green's "Ex Parte Request to Reconsider or Modify Order on Filing Fees" (filed May 10, 2006) (doc. # 69). Pursuant to the Order of Reference dated August 18, 2005 (doc. # 14) and the memorandum dated May 10, 2006 (doc. # 70), Green's request was referred to the Magistrate Judge. The court has reviewed Green's request, the entire case file, and the applicable law and is sufficiently advised in the premises.

On May 3, 2006, the court issued an Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (doc. # 63). Also on May 3, 2006, the court received Green's letter regarding filing fees and Green's $20.00 partial payment (docs. # 64 and # 65). On May 4, 2006, the court issued an Order (doc. # 66) discharging the May 3, 2006 Order. On May 8, 2006, the court received Green's declaration and certified copy of his inmate account statement for the month of April 2006. Green's request to reconsider the

May 3, 2006 Order regarding filing fees is unnecessary because the court has already discharged the May 3, 2006 Order. Accordingly,

IT IS ORDERED that Green's "Ex Parte Request to Reconsider or Modify Order on Filing Fees" (filed May 10, 2006) (doc. # 69) is DENIED as unnecessary because on May 4, 2006 the court discharged the May 3, 2006 Order.

DATED at Denver, Colorado this 11th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge