IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01179-PSF-CBS

ROY ALLEN GREEN,

    Plaintiff,

v.

J. YORK, S.I.S. Technician,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Order of Dismissal (Dkt. # 113) filed by the parties, it is accordingly

ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE, each party to pay his own costs and attorneys' fees.

DATED: September 20, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        Phillip S. Figa
                        United States District Judge