**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-01179-PSF-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: January 17, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

ROY ALLEN GREEN,                                              Pro se, via telephone

    **Plaintiff,**

    v.

J. YORK, S.I.S. Technician,                                   Terry Fox
                                                              Ben Brieschke

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:     8:30 a.m.**
Court calls case.  Appearances of counsel and pro se plaintiff.

Counsel and pro se plaintiff discuss the status of the case with the Court.

Defendant's counsel state they have a Declaration stating that the money owed to plaintiff Roy Green in settlement is being processed and the check will be sent to plaintiff as soon as the check arrives.

**ORDERED:   Plaintiff's Motion for Order to Enforce Stipulation for Completed Settlement [filed December 19, 2006; doc. 119] is denied without prejudice.**

HEARING CONCLUDED.

**Court in Recess:     8:45 a.m.**
Total In-Court Time:     00:15